IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFERY DAVID WARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22CV676 |
| ) | |
| SCOTLAND COUNTY ) | |
| SOCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 22, 2023, was served on the parties in this action. (ECF Nos. 5, 6.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 7.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2).

This, the 18th day of April 2023.

/s/ Loretta C. Biggs
United States District Judge